IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PERRIE TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-734-WKW |
| ) | [WO] |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

On February 19, 2015, the Magistrate Judge filed a Recommendation in this case (Doc. # 19), and Petitioner filed a timely objection (Doc. # 20). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

In his objection, Petitioner reiterates the equitable-tolling arguments he previously made to the Magistrate Judge. The Recommendation addresses and properly rejects those arguments.

Accordingly, it is ORDERED as follows:

1. Petitioner's objection (Doc. # 20) is OVERRULED.

2. The Recommendation (Doc. # 19) is ADOPTED.

3. Petitioner's 28 U.S.C. § 2255 motion is DENIED.

4. This action is dismissed with prejudice because the § 2255 motion was filed after the expiration of the applicable one-year period of limitation, 28 U.S.C. § 2255(f).

5. To the extent that Petitioner requests additional time to brief his objection, the request is DENIED.

A separate judgment will be entered.

DONE this 31st day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE