IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PERRIE TURNER, )<br># 12902-002, )<br> )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>    Defendant. ) | CASE NO. 2:13-CV-734-WKW<br>[WO] |

## **ORDER**

Before the court is Plaintiff's *pro se* Motion for Consideration, which has been construed as a motion to amend the March 23, 2015 judgment. (Doc. # 23.) In his motion, Plaintiff makes essentially the same equitable tolling arguments that have been considered and rejected twice. First, the Magistrate Judge rejected Plaintiff's equitable tolling assertions in the Recommendation. (Doc. # 19.) Second, the court entered an Order overruling Plaintiff's objection to the Recommendation, which raised the same equitable tolling arguments. (Doc. # 21.) Plaintiff's motion is due to be denied as untimely and on the merits.[1]

---

[1] Plaintiff has not asserted grounds that warrant relief from the judgment under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure. Additionally, a motion pursuant to Rule 59 must be filed within 28 days of the entry of judgment.

Accordingly, it is ORDERED that Plaintiff's motion to amend the judgment (Doc. # 23) is DENIED.

DONE this 15th day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE